UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN K. CHISHOLM
(#323477)

VERSUS

IVY MILLER

CIVIL ACTION

NO. 11-279-BAJ-DLD

**RULING**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 17, 2011 (doc. 4), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's complaint is hereby dismissed, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, July 13, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA